**Order entered January 19, 2021**



**In The**
## Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-19-01282-CR

**MARQUIS K JONES, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 283rd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F15-54782-T**

### ORDER

We **REINSTATE** this appeal.

On October 1, 2020, we abated the case to allow appellant to file an out of time motion for new trial. Supplemental clerk's and reporter's records have been filed showing the motion was filed and denied.

This case was submitted on September 22, 2020. An opinion will issue in due course.

/s/     DENNISE GARCIA
            JUSTICE